# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00096-CV

**Thomas Terry, Jr. and derivatively Cardiac Services of Texas, Inc. and Cardiac Services of Austin, L.P., Appellants**

**v.**

**Darrell Sargent; Cardiac Products of Texas, Inc.; Cardiostaff Corporation; and Larry Lawson, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT NO. GN304065, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants filed a notice of appeal in the trial court on February 7, 2007; the notice was filed in this Court on February 9. On March 20, this Court received a letter from the office of the Travis County District Clerk notifying us that appellants had not made payment for the clerk's record. On April 9, this Court sent appellants a letter requesting a status report regarding the appeal by April 19 and warning that failure to comply with the request would result in dismissal for want of prosecution. Appellants have made no response to the letter. On May 21, 2007, the office of the district clerk informed this Court that appellants still have not made arrangements to pay for the clerk's record. On June 26, 2007, the office of the district clerk again informed this Court that arrangements for payment still have not been made. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b).

_____

                              Diane Henson, Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed for Want of Prosecution

Filed:   July 3, 2007